**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JEROME JONES (#110366)**                          **CIVIL ACTION NO.**

**VERSUS**                                          **25-261-JWD-EWD**

**KELA HAYNES**

### ORDER

Jerome Jones ("Plaintiff"), who is representing himself and who is confined at the Louisiana State Penitentiary in Angola, Louisiana, filed this suit on or about March 31, 2025 against Kela Haynes. Plaintiff alleges that Haynes used excessive force against Plaintiff and retaliated against him; he also appears to be making a claim of deliberate indifference to a serious medical need, though he has not named a particular defendant for this claim. Plaintiff requests money damages and injunctive relief.[1]

In order to successfully plead a cause of action in a civil rights case, a plaintiff must ordinarily state a set of facts that explains each defendant's participation in the alleged wrong.[2] The Supreme Court has held that "[e]ach Government official, his or her title notwithstanding, is only liable for his or her own misconduct."[3]  Plaintiff does not provide the details required to analyze his claims. Instead of having his lawsuit dismissed at this time, Plaintiff will be given another chance to provide facts that he believes support his claims, if possible.[4] Accordingly,

---

[1] R. Doc. 1. Documents in the Court record are referred to as "R. Doc. __."

[2] *Jacquez v. Procunier*, 801 F.2d 789, 793 (5th Cir. 1986).

[3] *Ashcroft v. Iqbal*, 556 U.S. 662, 677 (2009).

[4] *See Eason v. Thaler*, 14 F.3d 8 (5th Cir. 1994). *See also, e.g.*, *In re Am. Airlines, Inc., Privacy Litig.*, 370 F. Supp. 2d 552, 567-68 (N.D. Tex. 2005) ("[D]istrict courts often afford plaintiffs at least one opportunity to cure pleading deficiencies before dismissing a case, unless it is clear that the defects are incurable or the plaintiffs advise the court that they are unwilling or unable to amend in a manner that will avoid dismissal.").

**IT IS ORDERED** that, by no later than **April 20, 2026** Plaintiff must file an amended complaint on the standardized § 1983 lawsuit form (same form used previously), stating specific facts to support his claims. In any amended complaint, Plaintiff must list each defendant individually and explain what Plaintiff believes each defendant did (or did not do) that violated his constitutional rights. Plaintiff is placed on notice that this lawsuit may be dismissed if he files another § 1983 lawsuit stating only the bare assertions originally provided without providing specifics as to how each defendant personally violated his constitutional rights. Plaintiff should review the attachments which ask him for additional information to support the kinds of claims he seem to be trying to make.  Plaintiff should answer the questions in the attachments in any amended complaint.

Signed in Baton Rouge, Louisiana, on March 30, 2026.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

2

**DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED**

You have attempted to state a claim for deliberate indifference to a serious medical need. Please provide the following information about that claim separately for each defendant you name in your lawsuit that you allege treated you with deliberate indifference to your serious medical need(s).

1. What medical or mental problem(s) did you complain about;

2. To whom did you complain and when;

3. How did prison officials respond to your complaint(s);

4. What treatment were you given, if any;

5. How long did you wait to receive treatment;

6. What happened to your medical or mental problem(s) while you waited for treatment;

7. Did you suffer any permanent problem(s) because prison officials delayed or refused to give you treatment? If so, please explain.

**EXCESSIVE FORCE**

You have attempted to state a claim for excessive force.  Please provide the following information about that claim:

1. If you claim you were injured because of the use of force, please explain your injuries, including whether you received any medical treatment; if so, what the treatment was; and when treatment was received;

2. Explain what was happening when the force was used. For example, were you shackled? Where were you when the force was used? Did the officer(s) who used the force against you give you any order(s) before they used force?  Did you comply with the order(s)? Were you saying anything to the officer(s) who used the force?  If so, what did you say? Please give any other details explaining what was happening when the force was used;

3. Explain how long the force lasted, the extent of the force, the type of the force, if force was used after you complied with orders, and who used the force.

Explain the details noted above separately with respect to each person you allege used excessive force against you.

**RETALIATION**

You have attempted to state a claim for retaliation. Please provide the following information about that claim:

1.  What specific defendant(s) are you alleging retaliated against you;

2.  What specific constitutional right were you exercising or attempting to exercise that caused the retaliation, providing all details regarding the exercise of that right, and when did you exercise that right (for example, if you are alleging you were retaliated against for filing a grievance or a lawsuit, you need to specifically state who the grievance or lawsuit was filed against and when you filed it); and

3.  What was/were the retaliatory act(s), who committed those acts, and when did the retaliatory acts happen in relation to the right you were exercising.

Explain the details noted above separately with respect to each person you allege retaliated against you.