**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JEROME JONES (#110366)** **CIVIL ACTION**

VERSUS **NO. 25-261-JWD-EWD**

**KELA HAYNES**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 20, 2026, (Doc. 8), to which an objection was filed and considered (Doc. 9);

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim based on the Court's screening under 28 U.S.C. §§ 1915(e) and 1915A, with the exception of Plaintiff's claim for monetary relief against Haynes in her individual capacity for the alleged act of excessive force and that the Court declines to exercise supplemental jurisdiction over potential state law claims.

Signed in Baton Rouge, Louisiana, on November 9, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**